Y. D. LOTT *v.* F. B. HULL ET AL.

[61 South. 421.]

APPEAL AND ERROR.     *Review.     Questions of fact.*

The findings of a chancellor on questions of fact when there is conflicting evidence, will not be disturbed on appeal unless manifestly wrong.

APPEAL from the chancery court of Hinds county. HON. G. G. LYELL, Chancellor.

Suit by Y. D. Lott against F. B. Hull, Jr., and others. From a judgment for plaintiff, defendant appeals.

The facts are fully stated in the opinion of the court.

*V. Otis Robertson,* for appellant.

*Wells, May* and *Sanders,* for appellee.

COOK, J., delivered the opinion of the court.

The case was submitted to the chancellor upon conflicting evidence. We are unable to reach the conclusion that the chancellor was manifestly wrong in his findings, and therefore the case is affirmed.

*Affirmed.*